Marshal L. Mickelson
Clark R. Hensley
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
mmick@cpklawmt.com
aharris@cpklawmt.com

Attorneys for Defendants
DUECK BROTHERS TRUCKING, LTD., and HENRY W. HOFMAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | | |
|---|---|---|
| JOANNE S. BOROEVICH, | * | No. CV-17-____ -GF-_____ |
| | * | |
| Plaintiff, | * | **NOTICE OF REMOVAL** |
| v. | * | |
| | * | |
| DUECK BROTHERS TRUCKING, | * | |
| LTD., HENRY W. HOFMAN, AND | * | |
| DOES 1-5 | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |

COME NOW defendants Dueck Brothers Trucking, LTD. and Henry W. Hofman and for their Notice of Removal allege as follows:

1. This action was commenced in the Montana Ninth Judicial District Court, Teton County, on or about November 2, 2017, and defendants Dueck and Hofman

acknowledged service on November 20, 2017.  A copy of all process, pleadings, and orders are attached hereto.

2. Defendant Dueck Brothers Trucking, LTD. is an Alberta Canada corporation with its principal place of business in the Province of Alberta, Canada.  Defendant Henry W. Hofman is a resident and a citizen of Alberta Canada.

3. Plaintiff is a citizen of the State of Washington.

4. This action is now pending in the Montana Ninth Judicial District Court, Teton County, for the recovery of an amount in excess of $75,000.

5. This action is one in which this court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1332, and it is removable from the state court to this court on demand and pursuant to the provisions of 28 U.S.C. § 1446 and it is an action wherein the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs; that plaintiff is a citizen of the State of Washington; and, defendant Dueck is a Canadian corporation with its principal place of business in Alberta, Canada and defendant Hofman is a Canadian citizen and a resident of Alberta Canada.

**WHEREFORE**, Dueck and Hofman file this Notice of Removal and request removal of this action to the U.S. District Court of the District of Montana, Great Falls Division.

DATED this 29th day of November, 2017.

    /s/ Marshal Mickelson
Corette Black Carlson & Mickelson
Attorneys for Dueck Brothers
Trucking LTD. and Henry W. Hofman

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on this 29th day of November, 2017, a copy of the foregoing document was served on the following persons by the following means:

1\_\_\_CM/ECF
2\_\_\_Mail

1. Clerk, U.S. District Court

2. Paul Haffeman
   Davis, Hatley, Haffeman & Tighe
   101 River Drive North, 3rd Floor
   P.O. Box 2103
   Great Falls, MT  59403-2103

    /s/ Marshal L. Mickelson
Corette Black Carlson & Mickelson
Attorneys for Defendants Dueck and Hofman