IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOANNE S. BOROEVICH,<br><br>    Plaintiff,<br><br>v.<br><br>DUEK BROTHERS TRUCKING LTD., et al.,<br><br>    Defendants. | CV-17-131-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference held on November 13, 2018.  Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in the case are **VACATED**.  The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **December 14, 2018**, or show good cause for their failure to do so.

DATED this 14th day of November, 2018.

_____
Brian Morris
United States District Court Judge

-1-