# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| JOANNE S. BOROEVICH, | * | No. CV-17-131-GF-BMM |
| Plaintiff, | * | **ORDER** |
| v. | * | |
| DUECK BROTHERS TRUCKING, LTD., HENRY W. HOFMAN, AND DOES 1-5 | * | |
| Defendants. | * | |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 10th day of December, 2018.

_____
Brian Morris
United States District Court Judge